■ ELIZABETH COHEN, Individually and as Administratrix of the Estate of SUMNER COHEN, Deceased, Appellant, v CESSNA AIRCRAFT Co. et al., Defendants and IRVING BRAND et al., Respondents.—In a wrongful death action, plaintiff appeals, as limited by her brief, from (1) so much of an order of the Supreme Court, Suffolk County, dated June 18, 1976, as, upon granting her motion for substitution of counsel, directed that she reimburse the outgoing attorneys a stipulated sum representing their disbursements as a precondition to the turnover of the case file and (2) so much of a further order of the same court dated August 11, 1976, as, upon granting her motion for renewal, adhered to the aforesaid portion of the original determination. Appeal from the order dated June 18, 1976 dismissed. That order was superseded by the order granting renewal. Order dated August 11, 1976 affirmed insofar as appealed from. Respondents are awarded one bill of $50 costs and disbursements to cover both appeals. When the relationship of attorney and client was terminated, the outgoing attorneys were entitled to be reimbursed for the disbursements properly chargeable against plaintiff before being compelled to deliver the case file to her (see *Di Somma v Hyshiver,* 38 AD2d 947; *Caruso v Sinistorie,* 18 AD2d 1074; *Silverstein v National Auto Renting Corp.,* 4 AD2d 869). Hopkins, Acting P. J., Latham, Damiani and Rabin, JJ., concur.

■ ROSALIA DARIS, as Administratrix of the Estate of ALBINO DARIS, Deceased, Appellant, v OTIS ELEVATOR COMPANY, INC., Defendant and Third-Party Plaintiff-Respondent. FLUSHING HOSPITAL AND MEDICAL CENTER, Third-Party Defendant-Respondent.—In a wrongful death action, plaintiff appeals from a judgment of the Supreme Court, Queens County, entered April 28, 1975, which, *inter alia,* is in favor of defendant and against it, upon a jury verdict. Judgment affirmed, without costs or disbursements. The evidence supports the jury's verdict. The trial was conducted fairly and impartially. Martuscello, Acting P. J., Cohalan, Rabin and Mollen, JJ., concur.

■ HARRY FISH, Appellant, v MIKLOS TISCHLER et al., Respondents.—In an action to recover a brokerage commission, plaintiff appeals from an order of the Supreme Court, Kings County, entered May 3, 1976, which, *inter alia,* (1) granted the motion of defendants Sol Nissel and Jacob Schonberger to dismiss the complaint as against them and (2) denied plaintiff's cross motion for summary judgment. Order affirmed, with $50 costs and disbursements. Plaintiff failed to demonstrate that he had a cause of action as against defendants Nissel and Schonberger. Martuscello, Acting P. J., Cohalan, Rabin and Mollen, JJ., concur.